IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:11cv-653-MHT |
| ) | (WO) |
| KEY CONSTRUCTION/ROOFING ) | |
| COMPANY, INC., KEN L. KEY and ) | |
| LINDA G. KEY, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

Based upon the agreement of the parties, which has been reduced to writing, and upon the parties' consent to the jurisdiction of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that the motion for entry of consent judgment (doc. no. 5) is granted and judgment is entered in favor of the plaintiff Wells Fargo Bank, N.A. ("Plaintiff"), and against defendants Key Construction/Roofing Company, Inc., an Alabama corporation ("Key Construction"), Ken L. Key, an individual ("K. Key"), and Linda G. Key, an individual ("L. Key;" together with Key Construction and K. Key, the "Defendants") as follows:

A.  Judgment in the amount of $696,379.93, consisting of the principal amounts owing under the Notes in the amount of $664,734.75; accrued and unpaid interest as of October 14, 2011 in the amount of $12,402.51; late fees as of October 14, 2011 in the amount of $116.20; and costs of collection, including attorneys' fees incurred as of October 10, 2011 in the amount of $19,126.47; plus

    B.        **Post-judgment interest accruing on the above described amount at the statutory rate.**

The clerk of the court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

Dated this the 8th day of November, 2011.

                                            /s/   Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**